

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**DISTRICT OF NEVADA**
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400



LANCE S. WILSON
DISTRICT COURT EXECUTIVE/CLERK

CYNTHIA JENSEN
CHIEF DEPUTY CLERK, LAS VEGAS

JAKE HERB
CHIEF DEPUTY CLERK, RENO

November 14, 2016

Clerk, U.S. District Court
Southern District of New York
500 Pearl St
New York, NY 10007
CriminalTransfer@nysd.uscourts.gov

RE:     USA v. Khalil EVANS
        Your Case No. 16mag6680
        Our NVD Case No. 2:16-mj-00711-VCF

Dear Clerk:

Please be advised that the above-referenced defendant was arrested in the District of
Nevada (Las Vegas) on a warrant issued by the Southern District of New York and appeared
before The Honorable Cam Ferenbach, United States Magistrate Judge, on October 19, 2016.

The Defendant has been detained and remanded to the custody of the United States
Marshal for transport to the Southern District of New York.  Enclosed are all documents
completed in this district.

Thank you.

LANCE S. WILSON, Clerk
United States District Court

/s/ M. Morrison
Deputy Clerk

Enclosures

# United States District Court
## District of Nevada (Las Vegas)
## CRIMINAL DOCKET FOR CASE #: 2:16−mj−00711−VCF−1
### *Internal Use Only*

| | |
|---|---|
| Case title: USA v. Evans | Date Filed: 10/19/2016 |
| Other court case number: 16mag6680 Southern District of New York | |

Assigned to: Magistrate Judge
Cam Ferenbach

**Defendant (1)**

| | | |
|---|---|---|
| **Khalil Evans** | represented by | **Thomas F. Pitaro** |
| | | 601 Las Vegas Blvd. South |
| | | Las Vegas, NV 89101 |
| | | 702−382−9221 |
| | | Fax: 702−382−9961 |
| | | Email: kristine.fumolaw@gmail.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Rule 5 | |

**Plaintiff**

| | |
|---|---|
| **USA** | represented by |

1

**Kilby C. Macfadden**
U.S. Attorney
501 Las Vegas Blvd. South
Suite1100
Las Vegas, NV 89101−
702−388−6336
Email: Kilby.macfadden@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/19/2016 | 1 | 4 | *SEALED* **SEALED** Rule 5(c)(3) Documents Received as to Khalil Evans. Documents received from Southern District of New York include SEALED Complaint. (MMM) (Entered: 10/19/2016) |
| 10/19/2016 | 2 | 10 | MINUTES OF PROCEEDINGS − Initial Appearance in Rule 5(c)(3) Proceeding as to Khalil Evans held on 10/19/2016 before Magistrate Judge Cam Ferenbach. Crtrm Administrator: *J. Ries*; AUSA: *Kilby MacFadden*; Def Counsel: *Dustin Marcello for Thomas Pitaro*; Court Reporter/FTR #: *3:33 − 3:40*; Courtroom: *3D*; Defendant is present in custody. ORDERED that the complaint is UNSEALED. Defense counsel retained. Waiver of Identity Hearing filed. ORDERED defendant identified as named defendant in the complaint and is held to answer in the Southern District of New York. Government seeks detention and the defendant requests the detention hearing be held in the Southern District of New York, which is GRANTED. The U.S. Marshal will transport the defendant forthwith to the Southern District of New York. Defendant is remanded to custody. Rule 5 deadline set for 11/2/2016. Status Conference set for 11/2/2016 04:00 PM in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.**(no image attached)** (Copies have been distributed pursuant to the NEF − JAR) (Entered: 10/21/2016) |
| 10/19/2016 | 3 | 11 | WAIVER of Rule 5(c)(3) Hearings as to Khalil Evans. (ADR) (Entered: 10/21/2016) |
| 10/19/2016 | 4 | 12 | COMMITMENT TO ANOTHER DISTRICT as to Khalil Evans. Defendant committed to District of Southern District of New York. Signed by Magistrate Judge Cam Ferenbach on 10/19/16. (Copies have been distributed pursuant to the NEF − ADR) (Entered: 10/21/2016) |
| 10/19/2016 | 5 | 13 | ORDER OF DETENTION as to Khalil Evans. Defendant shall be detained pending further proceedings. Signed by Magistrate Judge Cam Ferenbach on 10/19/16. (Copies have been distributed pursuant to the NEF − ADR) (Entered: 10/21/2016) |
| 10/19/2016 | 6 | 14 | DESIGNATION of Retained Counsel and Appearance Praecipe as to Khalil Evans. (ADR) (Entered: 10/21/2016) |
| 11/01/2016 | 7 | 15 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Cam Ferenbach, as to Khalil Evans on 11/1/2016. By Deputy Clerk: J. Ries. Confirmation having been made with the U.S. Marshal that the defendant has departed the District of Nevada, ORDERED that the status check hearing set for 11/2/16 at 4:00 p.m. is VACATED. **(no image attached)** (Copies have been distributed pursuant to the NEF − JAR) (Entered: 11/01/2016) |

| 11/01/2016 | | | (Court only) **NON−PUBLIC** Terminated Deadlines/Hearings as to Khalil Evans (JAR) (Entered: 11/01/2016) |
|---|---|---|---|
| 11/13/2016 | 8 | 16 | TRANSMITTAL to the Southern District of New York regarding Rule 5c documents in case as to Khalil Evans. Docket sheet and documents transmitted to NYSD electronically via email. (MMM) (Entered: 11/13/2016) |

Case 1:16-cr-00745-RA Document 3 Filed 11/16/16 Page 5 of 5

# FILED

## UNDER

# SEAL

Approved: _David W. Denton, Jr._ /THANE REHN
~~DAVID W. DENTON, JR.~~/~~THANE REHN~~
Assistant United States Attorneys

Before:   THE HONORABLE HENRY B. PITMAN
          United States Magistrate Judge
          Southern District of New York

FILED ___   RECEIVED ___
ENTERED ___  SERVED ON ___
COUNSEL/PARTIES OF RECORD

OCT 1 9 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

- - - - - - - - - - - - - - - X

2:16-mj-711-VCF

UNITED STATES OF AMERICA    :

          - v. -            :

KHALIL EVANS,               :

          Defendant.        :

- - - - - - - - - - - - - - - X

**SEALED COMPLAINT**

Violation of
18 U.S.C. § 1349

COUNTY OF OFFENSE:
NEW YORK

SOUTHERN DISTRICT OF NEW YORK, ss.:

        DANIEL HERZOG, being duly sworn, deposes and says that
he is a Detective with the New York City Police Department
("NYPD"), and charges as follows:

                        COUNT ONE

            (Conspiracy to Commit Wire Fraud)

        1.    From at least in or about March 2016 through the
present, in the Southern District of New York and elsewhere,
KHALIL EVANS, the defendant, and others known and unknown,
willfully and knowingly, did combine, conspire, confederate, and
agree together and with each other to commit wire fraud, in
violation of Title 18, United States Code, Section 1343.

        2.    It was a part and object of the conspiracy that KHALIL
EVANS, the defendant, and others known and unknown, willfully
and knowingly, having devised and intending to devise a scheme
and artifice to defraud and for obtaining money and property by
means of false and fraudulent pretenses, representations, and
promises, would and did transmit and cause to be transmitted by
means of wire communication in interstate and foreign commerce,
writings, signs, signals, pictures, and sounds for the purpose
of executing such scheme and artifice, in violation of Title 18,
United States Code, Section 1343, to wit, EVANS, and others

5

known and unknown caused the transmission of interstate wire
communications in connection with the fraudulent purchase of
goods from retail store locations of a technology company
("Company-1") throughout the United States.

<u>Overt Acts</u>

3.    In furtherance of the conspiracy and to effect the
illegal object thereof, the following overt acts, among others,
were committed in the Southern District of New York and
elsewhere:

        a.    On or about March 12, 2016, MIGUEL BAHADUR[1]
entered a Company-1 store located in New York, NY.

        b.    On or about March 15, 2016, KHALIL EVANS, the
defendant, entered a Company-1 store located in Corte Madera,
CA.

        c.    On or about March 31, 2016, RODION SADYKOV
entered a Company-1 store located in White Plains, NY.

        (Title 18, United States Code, Section 1349.)

        The bases for my knowledge and the foregoing charges
are, in part, as follows:

4.    I have been a Detective with the NYPD for
approximately two years.  During this time, I have conducted
numerous investigations into various financial frauds, including
wire fraud, and am familiar with the way such crimes are
committed.

5.    I have been involved in the investigation of the
offenses charged in this Complaint.  I am familiar with the
facts and circumstances set forth below from my personal
participation in the investigation, including my review of
pertinent documents, and from my conversations with other law
enforcement agents and other individuals.  Because this
affidavit is submitted for the limited purpose of demonstrating

---

[1] On October 13, 2016, the Honorable Barbara Moses signed a sealed
complaint (the "BAHADUR Complaint") which charged MIGUEL
BAHADUR, LOREN SADIKOV, RODION SADYKOV, RONNY YACOUB, and FNU
LNU with their participation in this conspiracy under docket
number 16 Mag. 6583.  The BAHADUR Complaint is attached as
Exhibit A and incorporated herein by reference.

2

probable cause, I have not included details of every aspect of
the investigation. Where I relate statements, conversations,
and actions of others, those statements, conversations, and
actions are related in substance and in part, except where
otherwise noted.

## The Scheme

6.    Based on my interviews with Company-1 personnel, I
have learned, among other things, the following:

    a.    Stores operated by Company-1 do not have
traditional cash registers or checkout lanes.  Instead, certain
store employees are equipped with a device containing a barcode
scanner to ring up items for sale and a magnetic card reader for
swiping credit and debit cards, as well as touchscreen input
interfaces on both sides of the device.  One side of the device
is used by the store employee, who can make inputs about the
type of transaction, such as whether the customer is paying by
cash, credit, or debit card.  The other side of the device is
presented to the customer, who is asked to input certain
information, such as an email address to which a receipt for the
transaction can be sent, as well as to sign for a credit card
transaction or to input a Personal Identification Number ("PIN")
for a debit card transaction.

    b.    The payment device is connected to the Internet
through a Wi-Fi network operated by each Company-1 store.  When
a customer swipes a credit or debit card to initiate payment for
a transaction, the device communicates through the Internet with
the credit or debit card company to determine whether payment
will be authorized.

7.    Based on my participation in the investigation,
including my review of video surveillance obtained from Company-
1 stores, I have learned, among other things, that:

    a.    From in or about March 2016 through the present,
KHALIL EVANS, the defendant, and an unknown number of co-
conspirators, have perpetrated a scheme to defraud Company-1 by
manipulating payment devices at Company-1 stores, including
multiple Company-1 stores in the Southern District of New York,
see supra ¶ 3, to indicate that payment has been made for large
purchases of technology equipment, when in fact no payment has
been made.  The scheme involves a large number of co-
conspirators working together to identify weak points in the
Company-1 sales process and to distract Company-1 employees in
order to effectuate the fraud.

3

      b.    Principally, two co-conspirators identify a Company-1 store employee and engage that employee in conversation. After some period of time, one co-conspirator expresses interest in purchasing a number of high-value items, usually laptops and/or cellular phones. The Company-1 store employee will begin to process the transaction on the handheld device. The co-conspirator indicates to the employee that he would like to pay for the goods with a credit card, which he provides to the Company-1 store employee. The employee swipes the credit card on the device, which connects to the Internet to obtain payment approval from the credit card company.

      c.    When the device indicates that credit card payment has been approved, the Company-1 store employee hands the device to the co-conspirator so that he can sign on the touchscreen and complete the purchase. At that moment, a second co-conspirator distracts the Company-1 store employee, typically moving to one side in order to force the store employee to look away from the first co-conspirator. With the store employee distracted, the first co-conspirator flips over the payment device, and—using the side of the device meant for Company-1 store employees—changes the transaction from a credit card purchase to a cash transaction. While the Company-1 store employee is still distracted, the co-conspirator inputs on the payment device that cash has been paid for the transaction, so the device shows that the purchase has been completed. The co-conspirator then returns the device to the Company-1 store employee, and both co-conspirators exit the store with the fraudulently-obtained merchandise.

### EVANS's Participation in the Scheme

    8.    Based on my review of video surveillance obtained from Company-1 stores during the times of transactions believed to be connected with the charged scheme, as well as my comparison of that video surveillance with photographs of KHALIL EVANS, the defendant, and other co-conspirators available to law enforcement through various government databases, I have learned, among other things, that:

      a.    On or about March 15, 2016, EVANS, MIGUEL BAHADUR, RODION SADYKOV, and another co-conspirator not named as a defendant herein ("CC-1") executed the above-described scheme at a Company-1 store located in Corte Madera, CA, and fraudulently obtained $5,076.73 in merchandise.

      b.    The transaction was initiated when EVANS and BAHADUR approached a Company-1 store employee in order to make a

purchase. While executing the above-described scheme during that transaction, BAHADUR manipulated the payment device, while EVANS distracted the Company-1 store employee. SADYKOV and CC-1 operated as lookouts during the execution of the above-described scheme.

WHEREFORE, the deponent respectfully requests that a warrant be issued for the arrest of KHALIL EVANS, the defendant, and that he be arrested and imprisoned or bailed, as the case may be.

_____

DANIEL HERZOG
Detective
New York City Police Department

*ATTESTED TO TELEPHONICALLY ON 10-19-16 AT 16:50 AM*

Sworn to before me this
19th day of October, 2016

_____
THE HONORABLE HENRY B. PITMAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

5

9

```
MIME-Version:1.0
From:cmecf@nvd.uscourts.gov
To:cmecfhelpdesk@nvd.uscourts.gov
Bcc:
--Case Participants: Thomas F. Pitaro (kristine.fumolaw@gmail.com), Kilby C. Macfadden
(kilby.macfadden@usdoj.gov, usanv.team2@usdoj.gov, veronica.criste@usdoj.gov,
wfoley@usdoj.gov), Magistrate Judge Cam Ferenbach (vcf_chambers@nvd.uscourts.gov)
--Non Case Participants: CJA Administrators (nvd_cja@nvd.uscourts.gov), Pretrial Services
- NV (nvptml_cmecf_notice@nvpt.uscourts.gov), US Attorney - Criminal Division, General
mailbox (usanv.ecfcrim@usdoj.gov), US Marshal (nevada.vcalendar@usdoj.gov)
--No Notice Sent:

Message-Id:7847968@nvd.uscourts.gov
Subject:Activity in Case 2:16-mj-00711-VCF USA v. Evans Initial Appearance - Rule 5(c)(3)
(fka Rule 40)
Content-Type: text/html
```

### United States District Court

### District of Nevada

## Notice of Electronic Filing

The following transaction was entered on 10/21/2016 at 8:42 AM PDT and filed on 10/19/2016

| | |
|---|---|
| **Case Name:** | USA v. Evans |
| **Case Number:** | 2:16-mj-00711-VCF |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
 **MINUTES OF PROCEEDINGS − Initial Appearance in Rule 5(c)(3) Proceeding as to Khalil Evans held on 10/19/2016 before Magistrate Judge Cam Ferenbach. Crtrm Administrator: *J. Ries*; AUSA: *Kilby MacFadden*; Def Counsel: *Dustin Marcello for Thomas Pitaro*; Court Reporter/FTR #: *3:33 − 3:40*; Courtroom: *3D*; Defendant is present in custody. ORDERED that the complaint is UNSEALED. Defense counsel retained. Waiver of Identity Hearing filed. ORDERED defendant identified as named defendant in the complaint and is held to answer in the Southern District of New York. Government seeks detention and the defendant requests the detention hearing be held in the Southern District of New York, which is GRANTED. The U.S. Marshal will transport the defendant forthwith to the Southern District of New York. Defendant is remanded to custody. Rule 5 deadline set for 11/2/2016. Status Conference set for 11/2/2016 04:00 PM in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.(no image attached) (Copies have been distributed pursuant to the NEF − JAR)**

**2:16−mj−00711−VCF−1 Notice has been electronically mailed to:**

Thomas F. Pitaro    kristine.fumolaw@gmail.com

Kilby C. Macfadden    Kilby.macfadden@usdoj.gov, USANV.team2@usdoj.gov, WFoley@usdoj.gov, veronica.criste@usdoj.gov

**2:16−mj−00711−VCF−1 Notice has been delivered by other means to:**

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## for the

United States of America )
v. )
) Case No. 2:16- MJ- 711 -VCF
Khalil Evans )
_____ ) Charging District's Case No. 16 - MJ - 6 680
*Defendant* )

### WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   New York   .

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

     an identity hearing and production of the warrant.

     a preliminary hearing.

     a detention hearing.

     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   10/19/16

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Dustin Marcello
_____
*Printed name of defendant's attorney*

RECEIVED
FILED                    SERVED ON
ENTERED      COUNSEL/PARTIES OF RECORD

OCT 19 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
                          DEPUTY
BY:_____

11

AO 94 (Rev. 01/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
### for the
District of __NEVADA__

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. __2:16-mj-00711-VCF__ |
| | ) | |
| __KHALIL EVANS__ | ) | Charging District's |
| *Defendant* | ) | Case No. __16mag6680__ |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ____Southern____ District of ____New York____.

The defendant may need an interpreter for this language: _____.

The defendant: ☐ will retain an attorney.

        x   is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

    **IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: __10/19/16__

                                           _____
                                                *Judge's signature*

                          CAM FERENBACH, U.S. MAGISTRATE JUDGE
                                 *Printed name and title*

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 1 9 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

12

AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
### for the
District of __NEVADA__

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:16-mj-00711-VCF |
| | ) | |
| KHALIL EVANS | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Southern District of New York | Courtroom No.: | AS ORDERED |
|---|---|---|---|
| | | Date and Time: | AS ORDERED |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  ___Oct 19, 2016___



*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge

*Printed name and title*

```
____FILED        ____RECEIVED
____ENTERED      ____SERVED ON
       COUNSEL/PARTIES OF RECORD

      OCT  1 9 2016

   CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____DEPUTY
```

13

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Khalil Evans

Defendant.

Case # 2:16-MJ-711-VCF

**DESIGNATION OF RETAINED COUNSEL AND APPEARANCE PRAECIPE**

The undersigned defendant hereby appoints  Pitaro & Fumo - Dustin Marcello, esq

to appear generally for him/her as his/her attorney and counselor at law throughout all proceedings in

this case unless this appointment be sooner revoked.

DATED:  10/19/16

_____
Defendant's signature

## APPEARANCE PRAECIPE

I hereby accept the foregoing appointment and request the Clerk to enter my appearance as
attorney for the defendant, in response to the foregoing designation.

I personally will appear at all proceedings in this case. I understand that no other attorney
may appear in my place unless prior permission is granted by the Court, and then ONLY when
consent of the defendant has been obtained and filed with the Clerk.

I further state that I realize it is my responsibility to keep the defendant advised as to all
proceedings in this case and to inform him/her when to appear in Court, and also to notify the Clerk of
any change in my address or telephone number.

DATED:  10/19/16

_____
Attorney's signature

601 Las Vegas Blvd
Attorney's address

Las Vegas, NV 89121

(702) 20 474-7554
Attorney's phone number

_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
           COUNSEL/PARTIES OF RECORD

OCT 1 9 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Revised 6/15/09

14

```
MIME-Version:1.0
From:cmecf@nvd.uscourts.gov
To:cmecfhelpdesk@nvd.uscourts.gov
Bcc:
--Case Participants: Kilby C. Macfadden (kilby.macfadden@usdoj.gov, usanv.team2@usdoj.gov,
veronica.criste@usdoj.gov, wfoley@usdoj.gov), Thomas F. Pitaro
(kristine.fumolaw@gmail.com), Magistrate Judge Cam Ferenbach
(vcf_chambers@nvd.uscourts.gov)
--Non Case Participants: US Attorney - Criminal Division, General mailbox
(usanv.ecfcrim@usdoj.gov), US Marshal (nevada.vcalendar@usdoj.gov), US Probation -
Investigation Docs (nvpdb_investigation_docs@nvp.uscourts.gov), US Probation - Supervision
Docs (nvpdb_supervision_docs@nvp.uscourts.gov)
--No Notice Sent:

Message-Id:7863240@nvd.uscourts.gov
Subject:Activity in Case 2:16-mj-00711-VCF USA v. Evans Minute Order
```
Content—Type: text/html

## United States District Court

## District of Nevada

## Notice of Electronic Filing

The following transaction was entered on 11/1/2016 at 2:52 PM PDT and filed on 11/1/2016

| | |
|---|---|
| **Case Name:** | USA v. Evans |
| **Case Number:** | 2:16—mj—00711—VCF |
| **Filer:** | |
| **Document Number:** | 7(No document attached) |

**Docket Text:**
 **MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Cam Ferenbach, as to Khalil Evans on 11/1/2016. By Deputy Clerk: J. Ries. Confirmation having been made with the U.S. Marshal that the defendant has departed the District of Nevada, ORDERED that the status check hearing set for 11/2/16 at 4:00 p.m. is VACATED. (no image attached) (Copies have been distributed pursuant to the NEF — JAR)**

**2:16—mj—00711—VCF—1 Notice has been electronically mailed to:**

Thomas F. Pitaro    kristine.fumolaw@gmail.com

Kilby C. Macfadden    Kilby.macfadden@usdoj.gov, USANV.team2@usdoj.gov, WFoley@usdoj.gov, veronica.criste@usdoj.gov

**2:16—mj—00711—VCF—1 Notice has been delivered by other means to:**

# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
## DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

LANCE S. WILSON
DISTRICT COURT EXECUTIVE/CLERK

CYNTHIA JENSEN
CHIEF DEPUTY CLERK, LAS VEGAS

JAKE HERB
CHIEF DEPUTY CLERK, RENO

November 14, 2016

Clerk, U.S. District Court
Southern District of New York
500 Pearl St
New York, NY 10007
CriminalTransfer@nysd.uscourts.gov

RE:    USA v. Khalil EVANS
       Your Case No. 16mag6680
       Our NVD Case No. 2:16-mj-00711-VCF

Dear Clerk:

Please be advised that the above-referenced defendant was arrested in the District of
Nevada (Las Vegas) on a warrant issued by the Southern District of New York and appeared
before The Honorable Cam Ferenbach, United States Magistrate Judge, on October 19, 2016.

The Defendant has been detained and remanded to the custody of the United States
Marshal for transport to the Southern District of New York.  Enclosed are all documents
completed in this district.

Thank you.

LANCE S. WILSON, Clerk
United States District Court

/s/ M. Morrison
Deputy Clerk

Enclosures

16