USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/29/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

            Plaintiff,

    v.

RODION SADYKOV, MIGUEL BAHADUR, KHALIL EVANS, MOHAAMED KALIBAR, LOREN SADIKOV, BORIS SHVARTS, and RONNY YACOUB,

            Defendants.

---

No. 16-CR-749 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    It is hereby ORDERED that an arraignment is scheduled on December 1, 2016 at 4:00 p.m. in Courtroom 1506 of the U.S. District Court for the Southern District of New York, 40 Foley Square, New York, New York.

Dated:    November 29, 2016
             New York, New York

                                          Ronnie Abrams
                                          United States District Judge