UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

RODION SADYKOV, et al.,

Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/5/17

S1 16 Cr. 749 (RA)
**PROTECTIVE ORDER**

RONNIE ABRAMS, District Judge;

WHEREAS, the United States of America seeks to provide certain documents pursuant to Rule 16 of the Federal Rules of Criminal Procedure; and

WHEREAS, some material that the Government seeks to provide contains personal identification information of specific individuals; and

WHEREAS, some material that the Government seeks to provide contains confidential investigative, technical, and/or business information that if publicly released could facilitate the commission of crimes and compromise ongoing criminal investigations; and

WHEREAS, the Government is willing, under the conditions set forth below, to produce such materials;

IT IS HEREBY ORDERED:

1. Any material reflecting personal identification information (including, but not limited to names, dates of birth, Social Security numbers, bank account numbers, telephone numbers, and identities of complainants listed in police reports), including, but not limited to, documents Bates-numbered CFR00001081 through CFR00030693 and CFR00030696 through CFR00030702; and the documents numbered CFR00000264 through CFR00000711, CFR00000971 through CFR00001080, CFR00030695, and CFR00030705, which contain

confidential investigative, technical, and/or business information, are deemed "Confidential Information";

    2. Pursuant to Federal Rule of Criminal Procedure 16(d) and subject to the additional limitations set forth below, Confidential Information provided by the Government to counsel for the defendants, shall be used by the defendants and their counsel only for purposes of the defense of this action shall not be further disseminated by the defendants or their counsel to any individuals, organizations or other entities, other than the following persons ("Designated Persons"):

    a. investigative, secretarial, clerical, and paralegal personnel employed full-time or part-time by the defendant's counsel;

    b. independent expert witnesses, investigators, or advisors retained by the defendant's counsel in connection with this action;

    c. fact witnesses or other third-parties, and their counsel, interviewed or consulted by the defendant's counsel or a member of the defense team in the course of investigating or defending the case; and

    d. such other persons as hereafter may be authorized by the Court.

    3. Documents designated as Confidential Information or their contents shall not be transmitted outside of the United States for any purpose.

    4. Certain documents provided by the Government containing particularly sensitive confidential personal, technical, or business information, bearing Bates numbers CFR00000264 through CFR00000711 and CFR00030695 through CFR00030696, shall be maintained in a safe and secure manner solely by the defendant's counsel; shall not be possessed by the defendant except in the presence of the defendant's counsel; and shall not be disclosed in any form by the defendant or his counsel except to the Designated Persons identified in paragraphs 1(a)-(b) above,

except that they may be disclosed to fact witnesses or other individuals identified in paragraph 1(c) above while such individuals are in the presence of the defendant's counsel.

5. Each of the Designated Persons to whom disclosure of Confidential Information is made shall be provided a copy of this Protective Order by defense counsel and will be advised by defense counsel that he or she shall not further disseminate or discuss the materials and must follow the terms of this Protective Order. Defense counsel shall maintain a record of each Designated Person to whom disclosure of Confidential Information is made, which record indicates the Designated Person's consent to be bound by the terms of this Protective Order.

6. The provisions of this Order shall not be construed as preventing the disclosure of any information in any motion, hearing, trial, or sentencing proceeding held in connection with the above-referenced action or to any District Judge or Magistrate Judge of this Court (or their staff) for purposes of the above-referenced action.

7. Any filings with any court shall be governed by Rule 49.1 of the Federal Rules of Criminal Procedure.

8. At the conclusion of this case, defense counsel shall return to the Government all copies of the Confidential Information provided in this case, including any additional copies provided to any Designated Persons.

Dated: New York, New York
       January 5, 2017

SO ORDERED:

HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE

3