UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | |
| KHALIL EVANS, et al., | |
| Defendants. | |

10/23/17.
**Order of Restitution**

**S1 16 Cr. 749**

Upon the application of the United States of America, by its attorney, Joon H. Kim, Acting United States Attorney for the Southern District of New York, Thane Rehn, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Counts One and Two of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** KHALIL EVANS, the Defendant, shall pay restitution in the amount of $358,739.83 to the victims of the offense charged in Counts One and Two. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter, specifically MIGUEL BAHADUR, MOHAAMED KALIBAR, LOREN SADIKOV, BORIS SHVARTS, and RONNY YACOUB, as well as RODION SADYKOV, RYAN NUEZ, AMIR GHAHREMANPOUR, and DONOVAN TODD, should they be convicted under 16 Cr. 749. Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of his loss from all the restitution paid by the Defendant and co-defendants in this matter.

**3. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York

Oct. 23, 2017

_____
UNITED STATES DISTRICT JUDGE
RONNIE ABRAMS